IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. COWPERTHWAITE, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv620-SJD-JS |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINCINNATI POLICE DEPT., et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

     Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that defendants' motion for summary judgment be GRANTED in part and that judgment be entered in favor of defendants Cincinnati Police Department, Thomas Streicher, Jr. and Cincinnati Police Officer J. Dickman on plaintiff's claim that he was denied medical care. It is further ordered that plaintiff's claim of excessive force, brought against Police Officer John Doe be DISMISSED WITHOUT PREJUDICE, and that plaintiff's state law claims be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

9/17/03                                                              Kenneth Murphy, Clerk


                                                                                                               ___s/Stephen Snyder_____
                                                                                                               Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.